UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| DEBBIE L. WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:07CV00036 ERW |
| | ) | |
| FARMERS ALLIANCE MUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's Motion for Reconsideration of Court's February 11, 2009 Order [doc. #34] and Alternate Motion for Entry of Protective Order and Extension of Time to Comply with the Court's Order Dated February 11, 2009 [doc. #36].

A hearing was held on February 9, 2009, and the Court heard arguments from the parties on Debbie Wells' ("Plaintiff") Motion to Compel. In her Motion, she asked that the Court compel Farmers Alliance Mutual Insurance Company ("Defendant") to respond to several discovery requests. The Court ordered Defendant to turn over documents relating to financial information and prior judgments on or before February 16, 2009. Defendant has not yet responded to the discovery requests for the financial information, and asks that the Court reconsider, or alternatively, enter a protective order and grant Defendant an extension of time.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration of Court's February 11, 2009 Order [doc. #34] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Alternate Motion for Entry of Protective Order and Extension of Time to Comply with the Court's Order Dated February 11, 2009 [doc.

#36] is **GRANTED**.  Defendant must respond to this discovery request on or before **Monday, March 30, 2009.**  The following Protective Order is hereby entered:

1. All documents subject to this Protective Order shall be stamped "Confidential."

2. The parties have agreed that such documents may be shown, disseminated, or disclosed only to the following persons:

    (a) Counsel of record in this case, including members of counsel's law firm and any other attorney retained to assist in the preparation or trial of this case;

    (b) Employees of counsel of record in this case, who assist in the preparation or trial of this case;

    (c) Witnesses in this case, in preparation or trial of this case.

3. At the conclusion of this lawsuit, all copies of documents designated as "Confidential" by Defendant shall be returned to Defendant.

4. This Protective Order does not concede the admissibility into evidence of any of the documents produced.

**IT IS FURTHER ORDERED** that Defendant's Response to Motion for Partial Summary Judgment is due on or before **Monday, March 30, 2009.**

So Ordered this 23rd Day of March, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE